IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | GRAND JURY ORIGINAL |
| v. | CRIMINAL NO. _____ |
| **TAMAR LAVERN PAULEY** (a/k/a "Lee Pauley," "J.P." and "Jay Patrick"), and | **VIOLATIONS:** |
| | **COUNT 1:** 18 U.S.C. § 371 (Conspiracy to Defraud the United States) |
| **RAMON ANTONIO ROQUE-CASTANO** (a/k/a "Ramon Roque"), | **COUNTS 2-4:** 26 U.S.C. § 7201 (Attempt to Evade or Defeat Tax) |
| Defendants. | **COUNTS 5-7:** 26 U.S.C. § 7203 (Willful Failure to File Return, Supply Information, or Pay Tax) |
| | **COUNTS 8-16:** D.C. Code § 47-4102 (Failure to Collect and Pay over Tax) |

**INDICTMENT**

The Grand Jury for the District of Columbia charges:

**Background**

At all times material herein and on or about the following dates:

1.     TAMAR LAVERN PAULEY, a/k/a "Lee Pauley," "J.P.," and "Jay Patrick" ("PAULEY") was a resident of the District of Columbia, the Commonwealth of Virginia, and the State of California, among other places.

2.     RAMON ANTONIO ROQUE-CASTANO, a/k/a "Ramon Roque" ("ROQUE") was a resident of the District of Columbia.

3.     Since at least as early as 2018, PAULEY and ROQUE owned and controlled

multiple retail businesses in the District of Columbia under different registrations, trade names, and taxpayer identification numbers. The business names included "All American Papers," "All American Bakery & Café," "All American D.C.," "American Legends," and "All American Sole" (collectively, "AAP"). AAP operated retail stores at multiple locations in the District of Columbia. All of the AAP entities were limited liability companies ("LLCs") registered with the District of Columbia Department of Licensing and Consumer Protection ("DLCP").

4.     AAP's multiple retail stores and businesses effectively operated as a single enterprise with common payroll accounts and common bank accounts with commingled funds. AAP sold a variety of merchandise at its retail stores such as shirts, shoes, baked goods, stickers, and sweatshirts. Between 2018 and 2020, AAP generated at least $14 million in revenue from the sale of their merchandise in the District of Columbia.

5.     Conspirator 3 was a resident of the District of Columbia. Conspirator 3 oversaw the day-to-day operations of AAP from 2017 until February 2020.

6.     Person A was a resident of the Commonwealth of Virginia. Person A was an early investor in AAP, but Person A withdrew their investment in approximately April 2018 for $3,980.

7.     The Internal Revenue Service ("IRS"), an agency within the United States Department of the Treasury, was responsible for administering the federal revenue laws and regulations regarding the ascertainment, computation, assessment, and collection of income taxes owed to the United States.

8.     IRS Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was used by U.S. taxpayers to file individual income tax returns.

9.     Form W-2, Wage and Tax Statement ("Form W-2") was a tax form that was used to report the wages an employee earned during the prior year, as well as any taxes their employer

withheld. Employers were required to complete a Form W-2 for each employee to whom they paid a salary, wage, or other compensation as part of the employment relationship. Forms W-2 were required to be filed by the employer with the Social Security Administration ("SSA") by the end of February following employment the previous year. SSA in turn was required to transmit the filed Forms W-2 to the IRS.

10.    An Employer Identification Number ("EIN") was a nine-digit number used by the IRS to identify a business entity. Generally, businesses needed an EIN to obtain a bank account, maintain a company payroll, and to operate otherwise lawfully. An employer was required to include its EIN on its filings with the SSA and the IRS.

11.    IRS Form SS-4, Application for Employer Identification Number ("Form SS-4") was used to apply to the IRS for an EIN. The IRS did not charge a fee to issue an EIN.

12.    A Social Security Number ("SSN") was a unique nine-digit number issued to U.S. citizens, permanent residents, and temporary working residents by the SSA. The IRS required that taxpayers use their SSN on tax filings in order to track income, among other information.

13.    For federal tax purposes, a limited liability company ("LLC") with more than one member could elect to be treated as a corporation and pay taxes on its income directly. Alternatively, the individual members of the LLC could elect "pass through" treatment in which each individual member would report the income and losses for the LLC on their individual Form 1040 tax returns.

14.    If an LLC chose to be taxed as a corporation, the LLC had to file Form 1120 U.S. Corporation Income Tax Return ("Form 1120") which required the LLC to assess and pay the taxes, if any, which were due to the IRS each year. If the LLC elected "pass through" treatment, the LLC was required to file either Form 1065, U.S. Return of Partnership Income ("Form 1065"),

or Form 1120S (U.S. Income Tax Return for an S Corporation ("Form 1120S").

15.    PNC Bank, SunTrust Bank, Industrial Bank, Bank of America, TD Bank, JP Morgan Chase Bank, and Main Street Bank were financial institutions with deposits insured by the Federal Deposit Insurance Corporation.  By law, financial institutions were required to file a Currency Transaction Report ("CTR") with the U.S. Department of the Treasury ("FinCEN") for all customer withdrawals and deposits involving more than $10,000 in U.S. currency.  The IRS used CTRs to track income such as, for example, cash income that a taxpayer had failed to report.

## COUNT ONE
### (Conspiracy to Defraud the United States)

16.    Paragraphs 1 through 15 are realleged.

### The Conspiracy

17.    From in or about January 2018, and continuing until the present, in the District of Columbia and elsewhere, PAULEY, ROQUE, Conspirator 3, and others did unlawfully, voluntarily, intentionally, and knowingly conspire, combine, confederate, and agree together and with each other to defraud the United States, in violation of 18 U.S.C. § 371.

### Object of the Conspiracy

18.    It was a part and object of the conspiracy that the conspirators would and did defraud the United States by impeding, impairing, obstructing, and defeating the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of revenue, namely the corporate income taxes of AAP and the individual income taxes of PAULEY and ROQUE.

### Manner and Means

19.    The defendants sought to accomplish the objects of the conspiracy through the following manner and means, among others:

a.      The conspirators registered multiple businesses and trade names for AAP with the D.C. Department of Licensing and Consumer Protection.

b.      The conspirators obtained multiple EINs for AAP from the IRS and provided false information on Forms SS-4, impairing the ability of the IRS to identify their income.

c.      The conspirators opened bank accounts at multiple financial institutions for AAP with false SSNs, false names, false dates of birth, multiple different company names, fake company documents, different EINs, and different SSNs, impairing the ability of the IRS to identify their income.

d.      The conspirators provided false identity information to payroll companies which caused the payroll companies to report inaccurate information about the conspirators' income to the IRS.

e.      The conspirators sold their products throughout the District of Columbia and deposited at least $8 million dollars in revenue from those sales into bank accounts that they controlled at seven different financial institutions.

f.      The conspirators structured cash deposits into and withdrawals from bank accounts in amounts that would not trigger financial reporting requirements and the filing of CTRs reporting the conspirators' cash income to the IRS.

g.      The conspirators provided false information to persons hired to prepare the tax returns for their business.

### Overt Acts

20.    In furtherance of the conspiracy, and to effect the objects thereof, the defendants committed the following overt acts and caused them to be committed within the District of Columbia and elsewhere, among others:

5

(1)     On January 27, 2018, AAP applied to the IRS for an EIN for AAP and, on that same day, the IRS provided AAP with EIN x3471.

(2)     On January 30, 2018, PAULEY, ROQUE, and Person A registered "All American Papers LLC" with the District of Columbia Department of Consumer Licensing and Protection.

(3)     On February 3, 2018, notwithstanding that the conspirators had already obtained EIN x3471 for AAP on January 27, 2018, ROQUE submitted a duplicative application for an EIN for AAP using Form SS-4 and the IRS issued AAP the EIN x6933.

(4)     On February 5, 2018, PAULEY and ROQUE opened a bank account at PNC Bank using EIN x3471.

(5)     On July 18, 2018, PAULEY and ROQUE opened a bank account at SunTrust Bank in Washington, D.C., using EIN x3471.

(6)     On July 18, 2018, PAULEY provided a false SSN (x9075) and false date of birth to SunTrust Bank in Washington, D.C. in connection with opening a bank account for AAP.

(7)     On July 20, 2018, PAULEY and ROQUE opened an account at Industrial Bank in Washington, D.C., using EIN x3471, and ROQUE signed a statement that he was the "individual with control" of AAP.

(8)     On July 20, 2018, PAULEY provided a false SSN (x9075), false date of birth, and fake driver's license to Industrial Bank in Washington, D.C., in connection with opening a bank account for AAP.

(9)     For tax year 2018, PAULEY provided a false SSN (x9075) to AAP's payroll processing company which directly caused them to prepare and submit to the IRS a Form W-2 for PAULEY tied to that false SSN.

6

(10)    On May 22, 2018, PAULEY deposited and caused others to deposit U.S. currency at PNC Bank in the amount of $8,500—less than $10,000—which avoided the filing of a CTR with the U.S. Department of Treasury.

(11)    On May 22, 2018, PAULEY deposited and caused others to deposit U.S. currency at PNC Bank  in the amount of $9,000—less than $10,000—which avoided the filing of a CTR with the U.S. Department of Treasury.

(12)    On the following dates during 2018, PAULEY withdrew and caused others to withdraw U.S. currency at financial institutions in amounts below $10,000, which avoided the filing of a CTR with the U.S. Department of Treasury:

| DATE | FINANCIAL INSTITUTION | CASH WITHDRAWAL AMMOUNT |
|---|---|---|
| April 17, 2018 | PNC Bank | $5,000 |
| April 18, 2018 | PNC Bank | $4,000 |
| April 20, 2018 | PNC Bank | $5,000 |

(13)    On January 16, 2019, a person acting at the direction of the conspirators opened a bank account for AAP in Washington, D.C., at JP Morgan Chase Bank using EIN x3471 and executed a certification that allowed PAULEY to be granted signature authority on that account.

(14)    On January 31, 2019, Conspirator 3, at the direction of PAULEY,  applied to the IRS for an EIN for AAP and, on that same day, received EIN x1190.

(15)    On February 15, 2019, PAULEY opened a JP Morgan Chase Bank account using a false SSN (x9075) and provided a fake Florida driver's license to the bank.

(16)    On February 15, 2019, PAULEY signed a form for the JP Morgan Chase bank account that made PAULEY the only person with signature authority for the account.

(17)    On July 17, 2019, PAULEY caused Conspirator 3 to submit a Form SS-4 to the IRS in which Conspirator 3 falsely stated that Conspirator 3 was the sole owner of "American Legends LLC" and, on that same date, the IRS issued it the EIN x8336.

(18)    On October 28, 2019, PAULEY and an employee of AAP opened a bank account for AAP at Bank of America using EIN x3471.

(19)    For tax year 2019, PAULEY provided a false SSN (x9075) to AAP's payroll processing company, which directly caused the payroll processor to prepare a W-2 for PAULEY reflecting that false SSN.

(20)    During 2019, PAULEY directed AAP's payroll processing company to pay PAULEY as a contractor via a fictitious company called "Lee Pauley LLC" and provided the EIN x4288, which was actually for a company with no connection to PAULEY.

(21)    For tax year 2019, ROQUE provided a false SSN (x9852) to AAP's payroll processing company, ADP, which directly caused ADP to prepare and submit to the IRS a Form W-2 for ROQUE reflecting that false SSN.

(22)    On the following dates during 2019, PAULEY deposited and caused others to deposit U.S. currency at JP Morgan Chase Bank in amounts below $10,000, which avoided the filing of a CTR with the U.S. Department of Treasury:

| DATE | CASH DEPOSIT AMMOUNT |
|---|---|
| April 23, 2019 | $4,860 |
| April 25, 2019 | $3,020 |
| April 25, 2019 | $2,960 |
| April 25, 2019 | $4,000 |
| May 15, 2019 | $4,000 |

| DATE | CASH DEPOSIT AMMOUNT |
|---|---|
| May 15, 2019 | $4,000 |
| May 15, 2019 | $4,000 |

(23)    On the following dates during 2019, PAULEY withdrew and caused others to withdraw U.S. currency at financial institutions in amounts below $10,000, which avoided the filing of a CTR with the U.S. Department of Treasury:

| DATE | FINANCIAL INSTITUTION | CASH WITHDRAWAL AMMOUNT |
|---|---|---|
| May 29, 2019 | JP Morgan Chase Bank | $9,400 |
| May 30, 2019 | JP Morgan Chase Bank | $9,500 |
| June 3, 2019 | JP Morgan Chase Bank | $1,000 |
| June 4, 2019 | JP Morgan Chase Bank | $1,000 |
| June 5, 2019 | JP Morgan Chase Bank | $3,000 |
| June 5, 2019 | JP Morgan Chase Bank | $9,000 |
| June 6, 2019 | JP Morgan Chase Bank | $1,000 |
| June 10, 2019 | JP Morgan Chase Bank | $8,000 |
| June 11, 2019 | JP Morgan Chase Bank | $5,000 |

(24)    On March 5, 2020, PAULEY and an employee of AAP opened an account for AAP using EIN x3471 at a Bank of America branch located in Washington, D.C.

(25)    On August 11, 2020, PAULEY directed Conspirator 3 to create a business bank account at TD Bank (x5802) for AAP using Conspirator 3's own personal SSN and EIN x8336.

(26)    On August 11, 2020, Conspirator 3, at the direction of PAULEY,  signed a beneficial owner certification for TD Bank account x5802 in which Conspirator 3 falsely stated that Conspirator 3 was the 100 percent owner of AAP d/b/a American Legends LLC.

(27)    On August 11, 2020, Conspirator 3, at the direction of PAULEY and ROQUE,  submitted a fake "operating agreement" for AAP and a fraudulent lease to TD Bank so that AAP could open a bank account.

(28)    On September 3, 2020, ROQUE opened a bank account (x7955) for AAP at Main Street Bank in Fairfax, Virginia.

(29)    During November 2020, after retaining the services of an accounting firm to prepare a tax return for AAP for 2018, PAULEY provided false information to the accounting firm concerning AAP's ownership and business operations.

(30)    For tax year 2020, ROQUE provided a fraudulent SSN (x9852) to AAP's payroll processing company, which directly caused ADP to prepare a W-2 for ROQUE tied to that fraudulent SSN.

**(Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371)**

**COUNT TWO**
**(Tax Evasion – 2018)**

21.    Paragraphs 1 through 15 and 19-20 are realleged.

22.    During the calendar year 2018, PAULEY received taxable income, upon which there was income tax due and owing to the United States of America.  Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2019, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, PAULEY, from in or about January 2018, through the present, in the  District of Columbia and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the

United States of America, for the calendar year 2018, by committing and causing to be committed the following affirmative acts, among others: opening bank accounts on behalf of AAP and related entities using false identification, multiple EINs, and a false SSN; using multiple business names and associated bank accounts to deposit receipts from the sale of AAP products; providing a false and fraudulent SSN to a payroll processor; depositing and withdrawing cash from AAP's bank account in amounts under $10,000 for any one transaction; and providing false information to an accountant preparing a tax return for himself and for AAP.

**(Attempt to Evade or Defeat Tax, in violation of 26 U.S.C. § 7201;**
**Aiding, Abetting, and Causing an Act to be Done, in violation of 18 U.S.C. § 2)**

## COUNT THREE
**(Tax Evasion – 2019)**

23.     Paragraphs 1 through 15 and 19-20 are realleged.

24.     During the calendar year 2019, PAULEY received taxable income, upon which there was income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before July 15, 2020, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, PAULEY, from in or about January 2019 through the present, in the District of Columbia and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2019, by committing and causing to be committed the following affirmative acts, among others: opening bank accounts on behalf of AAP and related entities using false identification, multiple EINs, and a false SSN; using multiple business names and associated bank accounts to deposit receipts from the sale of AAP products; providing a false and fraudulent SSN and false and fraudulent EIN to a payroll processor; causing Conspirator 3 to

submit a false and fraudulent Form SS-4 to the IRS; and depositing and withdrawing cash from

AAP's bank account in amounts under $10,000 for any one transaction.

**(Attempt to Evade or Defeat Tax, in violation of 26 U.S.C. § 7201;**
**Aiding, Abetting, and Causing an Act to be Done, in violation of 18 U.S.C. § 2)**

## COUNT FOUR
### (Tax Evasion – 2020)

25.    Paragraphs 1 through 15 and 19-20 are realleged.

26.    During the calendar year 2020, PAULEY received taxable income, upon which

there was income tax due and owing to the United States of America.  Knowing the foregoing facts

and failing to make an income tax return on or before May 17, 2021, as required by law, to any

proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue

Service, PAULEY, from in or about January 2020 through the present, in the District of Columbia

and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the

United States of America, for the calendar year 2020, by committing and causing to be committed

the following affirmative acts, among others:  opening bank accounts on behalf of AAP and related

entities using false identification, multiple EINs, and a false SSN; causing Conspirator 3 to open a

bank account at TD Bank using fraudulent documentation; using multiple business names and

associated bank accounts to deposit receipts from the sale of AAP products; providing a fraudulent

EIN for a fictious company to a payroll processor and receiving payments from AAP through that

fictitious company.

**(Attempt to Evade or Defeat Tax, in violation of 26 U.S.C. § 7201;**
**Aiding, Abetting, and Causing an Act to be Done, in violation of 18 U.S.C. § 2)**

## COUNT FIVE
### (Failure to File an Income Tax Return for 2018)

27.    Paragraphs 1 through 15 and 19-20 are realleged.

28.     During the calendar year 2018, ROQUE had and received gross income in excess of $12,000. By reason of such gross income, ROQUE was required by law, following the close of calendar year 2018, and on or before April 15, 2019, to make an income tax return to the Internal Revenue Service, stating specifically the items of ROQUE's gross income and any deductions and credits to which ROQUE was entitled. Knowing and believing all of the foregoing, ROQUE did willfully fail, on or about April 15, 2019, in the District of Columbia and elsewhere, to make an income tax return.

**(Willful Failure to File Return, Supply Information,
or Pay Tax, in violation of 26 U.S.C. § 7203)**

## COUNT SIX
**(Failure to File an Income Tax Return for 2019)**

29.     Paragraphs 1 through 15 and 19-20 are realleged.

30.     During the calendar year 2019, ROQUE had and received gross income in excess of $12,200. By reason of such gross income, ROQUE was required by law, following the close of calendar year 2019, and on or before July 15, 2020, to make an income tax return to the Internal Revenue Service, stating specifically the items of ROQUE's gross income and any deductions and credits to which ROQUE was entitled. Knowing and believing all of the foregoing, ROQUE did willfully fail, on or about July 15, 2020, in the District of Columbia and elsewhere, to make an income tax return.

**(Willful Failure to File Return, Supply Information,
or Pay Tax, in violation of 26 U.S.C. § 7203)**

## COUNT SEVEN
### (Failure to File an Income Tax Return for 2020)

31.     Paragraphs 1 through 15 and 19-20 are realleged.

32.     During the calendar year 2020, ROQUE had and received gross income in excess of $12,400.  By reason of such gross income, ROQUE was required by law, following the close of calendar year 2020, and on or before May 17, 2021, to make an income tax return to the Internal Revenue Service, stating specifically the items of ROQUE's gross income and any deductions and credits to which ROQUE was entitled. Knowing and believing all of the foregoing, ROQUE did willfully fail, on or about May 17, 2021, in the District of Columbia and elsewhere, to make an income tax return.

### (Willful Failure to File Return, Supply Information, or Pay Tax, in violation of 26 U.S.C. § 7203)

## COUNTS EIGHT THROUGH TEN
### (Failure to Pay D.C. Franchise Taxes)

33.     Paragraphs 1 through 15 and 19-20 are realleged.

34.     Limited liability companies doing business in the District of Columbia were required to pay the Unincorporated Business Franchise Tax each year "for the privilege of carrying on or engaging in any trade or business within the District and of receiving income from sources within the District[.]" D.C. Code § 47-1808.03(a).  The tax was to be paid each year by April 15 (for fiscal year filers, the fifteenth day of the fourth month after the tax year closes) to the District of Columbia Office of Tax and Revenue ("OTR").  The tax rate for years 2018 through 2020 was 8.25 percent of the company's taxable income for the year.  Taxpayers were required to submit Form D-30, Unincorporated Business Franchise Tax Return ("Form D-30") at the time the taxpayer made payment to OTR.

35.     On or about the following dates, in the District of Columbia and elsewhere, PAULEY did willfully fail to truthfully account for and pay over the Unincorporated Business Franchise Tax due and owing to OTR on behalf of AAP in an amount greater than $10,000:

| COUNT | CALENDAR YEAR | DUE DATE FOR FORM D-30 |
|---|---|---|
| EIGHT | 2018 | April 15, 2019 |
| NINE | 2019 | April 15, 2020 |
| TEN | 2020 | April 15, 2021 |

**(Failure to Collect or Pay over Tax, in violation of D.C. Code § 47-4102)**

## COUNTS ELEVEN THROUGH SIXTEEN
### (Failure to Pay D.C. Sales Tax)

36.     Paragraphs 1 through 15 and 19-20 are realleged.

37.     All vendors in the District of Columbia were required to pay taxes to OTR "for the privilege of selling at retail certain tangible personal property." D.C. Code § 47-2002(a). For the sale of tangible property, the rate of the sales tax was six percent of the gross receipts from sales of or charges for such tangible property. Taxpayers were required by the twentieth day every month to submit Form FR-800M, Sales and Use Tax Monthly Return ("Form FR-800M") to OTR stating their gross receipts for the preceding month and the amount of sales tax due and owing to OTR. Taxpayers were required to make payment to OTR on the same date that the taxpayer submitted their Form FR-800M.

38.     On or about the following dates, in the District of Columbia and elsewhere, PAULEY did willfully fail to truthfully account for and pay over the D.C. Sales and Use Tax due and owing to OTR on behalf of AAP in an amount greater than $10,000:

| COUNT | CALENDAR MONTH | DUE DATE FOR FORM FR-800M |
|-------|----------------|---------------------------|
| ELEVEN | August 2018 | September 20, 2018 |
| TWELVE | October 2018 | November 20, 2018 |
| THIRTEEN | July 2019 | August 20, 2019 |
| FOURTEEN | November 2019 | December 20, 2019 |
| FIFTEEN | March 2020 | April 20, 2020 |
| SIXTEEN | April 2020 | May 20, 2020 |

**(Failure to Collect or Pay over Tax, in violation of D.C. Code § 47-4102)**

*Matthew M. Graves /KLR*

MATTHEW M. GRAVES
United States Attorney
for the District of Columbia

A TRUE BILL

_____
Foreperson
Date:

16